AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☒ SUPERSEDING

**OFFENSE CHARGED**

See Attached.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See Attached.

[redacted]

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**DEFENDANT - U.S**

ANDRE MARTEL WINN

DISTRICT COURT NUMBER

CR 16-00516 HSG

FILED
JAN 26 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

ATF SA BROOKS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: BRIAN J. STRETCH

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Brigid S. Martin

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☒ Awaiting trial on other charges

☒ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No

If "Yes" give date filed

DATE OF ARREST: Month/Day/Year 11/9/2016

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY: Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: Before Judge:

Comments:

PENALTY SHEET ATTACHMENT – WINN

Count One: 18 U.S.C. § 1951(a) – Conspiracy to Commit Robbery (Interference with Commerce by Robbery)

| | |
|---|---|
| Maximum prison sentence | 20 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Restitution | |
| Forfeiture | |

Count Two: 18 U.S.C. §§ 1951(a) and 2 – Robbery (Interference with Commerce by Robbery), and Aiding and Abetting

| | |
|---|---|
| Maximum prison sentence | 20 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Restitution | |
| Forfeiture | |

Count Three: 18 U.S.C. §§ 924(c)(1)(A) and 2 – Possessing/Brandishing a Firearm in Furtherance of a Crime of Violence, and Aiding and Abetting

| | |
|---|---|
| Maximum prison sentence | Life |
| Mandatory minimum prison sentence | 7 years, consecutive to sentence imposed on any other count |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 5 years |
| Mandatory special assessment | $100 |
| Restitution | |
| Forfeiture | |

Count Four: 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm

| | |
|---|---|
| Maximum prison sentence | 10 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Forfeiture | |

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [ ] COMPLAINT [ ] INFORMATION [X] INDICTMENT
[X] SUPERSEDING

**OFFENSE CHARGED**

See Attached.

[ ] Petty
[ ] Minor
[ ] Misde-meanor
[X] Felony

PENALTY: See Attached.

[redacted]

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**DEFENDANT - U.S**

EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e"

DISTRICT COURT NUMBER

CR 16-00516 HSG

FILED
JAN 26 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

ATF SA BROOKS

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. ATTORNEY [ ] DEFENSE
SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: BRIAN J. STRETCH

[X] U.S. Attorney [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Brigid S. Martin

**DEFENDANT**

**IS *NOT* IN CUSTODY**

Has not been arrested, pending outcome this proceeding.

1) [X] If not detained give date any prior summons was served on above charges

2) [ ] Is a Fugitive

3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) [ ] On this charge

5) [ ] On another conviction } [ ] Federal [ ] State

6) [ ] Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? [ ] Yes [ ] No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

[ ] This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

[ ] SUMMONS [ ] NO PROCESS* [X] WARRANT

Bail Amount: NO BAIL

If Summons, complete following:
[ ] Arraignment [ ] Initial Appearance

Defendant Address:

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: Before Judge:

Comments:

PENALTY SHEET ATTACHMENT – DE LA CRUZ

Count One: 18 U.S.C. § 1951(a) – Conspiracy to Commit Robbery (Interference with Commerce by Robbery)

| | |
|---|---|
| Maximum prison sentence | 20 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Restitution | |
| Forfeiture | |
| Potential Deportation | |

Count Two: 18 U.S.C. §§ 1951(a) and 2 – Robbery (Interference with Commerce by Robbery), and Aiding and Abetting

| | |
|---|---|
| Maximum prison sentence | 20 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Restitution | |
| Forfeiture | |
| Potential Deportation | |

Count Three: 18 U.S.C. §§ 924(c)(1)(A) and 2 – Possessing/Brandishing a Firearm in Furtherance of a Crime of Violence, and Aiding and Abetting

| | |
|---|---|
| Maximum prison sentence | Life |
| Mandatory minimum prison sentence | 7 years, consecutive to sentence imposed on any other count |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 5 years |
| Mandatory special assessment | $100 |
| Restitution | |
| Forfeiture | |
| Potential Deportation | |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

CR 16-00516 HSG

VENUE: Oakland

[redacted]

UNITED STATES OF AMERICA,

**V.**

ANDRE MARTEL WINN, and
EDGAR DE LA CRUZ,
a/k/a Edgar Della Cruz Martinez,
a/k/a "BG,"
a/k/a "BG&e,"

FILED
JAN 26 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

SUPERSEDING INDICTMENT

Title 18, United States Code, Section 1951(a) - Conspiracy to Commit Robbery Affecting Interstate Commerce, and Interference with Commerce by Robbery; Title 18, United States Code, Section 924(c) - Possession of Firearm in Furtherance of a Crime of Violence; Title 18, United States Code, Section 922(g)(1) - Felon in Possession of a Firearm; and Forfeiture Allegations
FIRST FORFEITURE ALLEGATION: Title 18, United States Code, Section 924(d), 981 (a)(1)(C), and Title 28, United States Code, Section 2461(c) - Forfeiture of Proceeds
SECOND FORFEITURE ALLEGATION: Title 18, United States Code, Section 924(d)(1) - Firearm-Related Forfeiture

A true bill.

Denise Laws
Foreman

Filed in open court this 26th day of January, 2017

Clerk

Bail, $ No process for Andre Winn
No bail warrant for Edgar De La Cruz

Kandis Westmore 1/26/17

BRIAN J. STRETCH (CABN 163973)
United States Attorney

[redacted]

FILED
JAN 26 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE MARTEL WINN, and<br>EDGAR DE LA CRUZ,<br>a/k/a Edgar Della Cruz Martinez,<br>a/k/a "BG,"<br>a/k/a "BG&e,"<br><br>Defendants. | NO. CR 16-00516 HSG<br><br>VIOLATIONS: Title 18, United States Code, Section 1951(a) – Conspiracy to Commit Robbery Affecting Interstate Commerce, and Interference with Commerce by Robbery; Title 18, United States Code, Section 924(c) – Possession of Firearm in Furtherance of a Crime of Violence; Title 18, United States Code, Section 922(g)(1) – Felon in Possession of a Firearm; and Forfeiture Allegations<br>FIRST FORFEITURE ALLEGATION: Title 18, United States Code, Section 924(d), 981(a)(1)(C), and Title 28, United States Code, Section 2461(c) – Forfeiture of Proceeds<br>SECOND FORFEITURE ALLEGATION: Title 18, United States Code, Section 924(d)(1) – Firearm-Related Forfeiture<br><br>OAKLAND VENUE<br><br>[redacted] |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 1951(a) – Conspiracy to Commit Robbery Affecting Interstate Commerce)

Document No. 15k
District Court
Criminal Case Processing

1. On or about November 21, 2015, in the Northern District of California and elsewhere, the defendants,

ANDRE MARTEL WINN, and
EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e,"

unlawfully and knowingly combined, conspired, confederated, and agreed with each other and with others both known and unknown, to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby would obstruct, delay, and affect commerce and the movement of articles and commodities in commerce.

All in violation of Title 18, United States Code, Section 1951(a).

COUNT TWO: (18 U.S.C. §§ 1951(a) and 2 – Robbery Affecting Interstate Commerce)

2. On or about November 21, 2015, in the Northern District of California, the defendants,

ANDRE MARTEL WINN, and
EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e,"

unlawfully and knowingly obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), to wit, the defendants robbed the gas station located at 2951 High Street, Oakland, California.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

COUNT THREE: (18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 – Possession of a Firearm in Furtherance of a Crime of Violence)

3. On or about November 21, 2015, in the Northern District of California, the defendants,

ANDRE MARTEL WINN, and
EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e,"

unlawfully and knowingly used, carried, and brandished a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit, the robbery affecting interstate commerce offense charged in Count Two of this Superseding Indictment, and possessed and brandished firearms in furtherance of the offense charged in Count Two of this Superseding Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

//

COUNT FOUR: (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

4. On or about November 9, 2016, in the Northern District of California, the defendant,

ANDRE MARTEL WINN,

after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly and intentionally possessed firearms and ammunition in and affecting interstate commerce, specifically, a Glock pistol, serial number WRV202, in violation of Title 18, United States Code, Section 922(g)(1).

FIRST FORFEITURE ALLEGATION: (18 U.S.C. § 981(a)(l)(C) and 28 U.S.C. § 2461(c))

5. The allegations in Counts One and Two of this Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(l)(C), and Title 28, United States Code, Section 2461(c).

6. Upon a conviction of either of the offenses alleged in Counts One and Two above, the defendants,

ANDRE MARTEL WINN, and
EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e,"

shall, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, forfeit to the United States all property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 1951(a) as alleged in Counts One and Two of this Superseding Indictment.

7. If any of the forfeitable property, as a result of any act or omission of defendant,

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or sold to, or deposited with, a third party;

(C) has been placed beyond the jurisdiction of the Court;

(D) has been substantially diminished in value; or

(E) has been commingled with other property which cannot be divided without difficulty;

any and all interests that defendants have in any other property (not to exceed the value of the above described property) shall be forfeited to the United States.

All in violation of Title 18, United States Code, Section 981(a)(1)(C); and Title 28, United States Code, Section 2461(c).

<u>SECOND FORFEITURE ALLEGATION</u>: (18 U.S.C. § 924(d)(1) – Firearm-Related Forfeiture)

8. The allegations contained in this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1).

9. Upon a conviction of the offense alleged in Count Four above, the defendant,

ANDRE MARTEL WINN,

shall forfeit to the United States any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to the following property:

a. One (1) Glock pistol, serial number WRV202; and

b. Any and all ammunition found therein.

All pursuant to Title 18, United States Code, Section 924(d)(1).

DATED: January 26, 2017

A TRUE BILL

[signature]

FOREPERSON

BRIAN J. STRETCH
United States Attorney

[signature]

BARBARA J. VALLIERE
Chief, Criminal Division

(Approved as to form: [signature])
BRIGID S. MARTIN
Assistant United States Attorney