[redacted]

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☒ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
APR 20 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## OFFENSE CHARGED

See Attached.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See Attached.

## DEFENDANT - U.S

ANDRE MARTEL WINN

DISTRICT COURT NUMBER
CR 16-516 HSG

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
ATF SA BROOKS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: BRIAN J. STRETCH
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Brigid S. Martin

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction
☒ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

SECOND SUPERSEDING INDICTMENT

PENALTY SHEET ATTACHMENT – WINN

Count One: 18 U.S.C. § 1951(a) – Conspiracy to Commit Robbery (Interference with Commerce by Robbery)

| | |
|---|---|
| Maximum prison sentence | 20 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Restitution | |
| Forfeiture | |

Count Two: 18 U.S.C. §§ 1951(a) and 2 – Robbery (Interference with Commerce by Robbery), and Aiding and Abetting

| | |
|---|---|
| Maximum prison sentence | 20 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Restitution | |
| Forfeiture | |

Count Three: 18 U.S.C. §§ 924(c)(1)(A) and 2 – Possessing/Brandishing a Firearm in Furtherance of a Crime of Violence, and Aiding and Abetting

| | |
|---|---|
| Maximum prison sentence | Life |
| Mandatory minimum prison sentence | 7 years, consecutive to sentence imposed on any other count |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 5 years |
| Mandatory special assessment | $100 |
| Restitution | |
| Forfeiture | |

Count Four: 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm

| | |
|---|---|
| Maximum prison sentence | 10 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Forfeiture | |

Count Eight: 18 U.S.C. § 371 – Conspiracy to Deal in Firearms Without a License

| | |
|---|---|
| Maximum prison sentence | 5 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Forfeiture | |

Counts Nine through Sixty-Two: 18 U.S.C. §§ 922(a)(1)(A) and 2 – Dealing in Firearms Without a License

For each count:

| | |
|---|---|
| Maximum prison sentence | 5 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Forfeiture | |

Counts Sixty-Three through Sixty-Four: 18 U.S.C. §§ 924(n) and 2 – Traveling Interstate to Promote Illegal Firearms Trafficking

For each count:

| | |
|---|---|
| Maximum prison sentence | 10 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Forfeiture | |

[redacted]

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☒ SUPERSEDING

## OFFENSE CHARGED

See Attached.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See Attached.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

## DEFENDANT - U.S

FILED

APR 20 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

▶ EDGAR DE LA CRUZ

DISTRICT COURT NUMBER

CR 16-516 HSG

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

ATF SA BROOKS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: BRIAN J. STRETCH

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Brigid S. Martin

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction } ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

SECOND SUPERSEDING INDICTMENT

PENALTY SHEET ATTACHMENT – DE LA CRUZ

Count One: 18 U.S.C. § 1951(a) – Conspiracy to Commit Robbery (Interference with Commerce by Robbery)

| | |
|---|---|
| Maximum prison sentence | 20 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Restitution | |
| Forfeiture | |

Count Two: 18 U.S.C. §§ 1951(a) and 2 – Robbery (Interference with Commerce by Robbery), and Aiding and Abetting

| | |
|---|---|
| Maximum prison sentence | 20 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Restitution | |
| Forfeiture | |

Count Three: 18 U.S.C. §§ 924(c)(1)(A) and 2 – Possessing/Brandishing a Firearm in Furtherance of a Crime of Violence, and Aiding and Abetting

| | |
|---|---|
| Maximum prison sentence | Life |
| Mandatory minimum prison sentence | 7 years, consecutive to sentence imposed on any other count |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 5 years |
| Mandatory special assessment | $100 |
| Restitution | |
| Forfeiture | |

Counts Five and Seven: 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) – Possession with Intent to Distribute Cocaine

For each count:

| | |
|---|---|
| Maximum prison sentence | 20 years |
| Maximum fine | $1 million |
| Minimum term of supervised release | 3 years |
| Maximum term of supervised release | Life |

Mandatory special assessment $100
Denial of Mandatory and Discretionary federal benefits
Forfeiture

Count Six: 21 U.S.C. §§ 841(a)(1) & (b)(1)(D) – Possession with Intent to Distribute Marijuana

| | |
|---|---|
| Maximum prison sentence | 5 years |
| Maximum fine | $250,000 |
| Minimum term of supervised release | 2 years |
| Maximum term of supervised release | Life |
| Mandatory special assessment | $100 |
| Denial of Mandatory and Discretionary federal benefits | |
| Forfeiture | |

Count Eight: 18 U.S.C. § 371 – Conspiracy to Deal in Firearms Without a License

| | |
|---|---|
| Maximum prison sentence | 5 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Forfeiture | |

Counts Nine through Sixty-Two: 18 U.S.C. §§ 922(a)(1)(A) and 2 – Dealing in Firearms Without a License

For each count:

| | |
|---|---|
| Maximum prison sentence | 5 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Forfeiture | |

Counts Sixty-Three through Sixty-Four: 18 U.S.C. §§ 924(n) and 2 – Traveling Interstate to Promote Illegal Firearms Trafficking

For each count:

| | |
|---|---|
| Maximum prison sentence | 10 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Forfeiture | |

[redacted]

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☒ SUPERSEDING

## OFFENSE CHARGED

See Attached.

☐ Petty
☐ Minor
☐ Misde- meanor
☒ Felony

PENALTY: See Attached.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## DEFENDANT - U.S

RICHARD "RICKY" STRAIGHT

DISTRICT COURT NUMBER
CR 16-516 HSG

FILED
APR 20 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

ATF SA BROOKS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: BRIAN J. STRETCH

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Brigid S. Martin

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

SECOND SUPERSEDING INDICTMENT

PENALTY SHEET ATTACHMENT – STRAIGHT

Count Eight: 18 U.S.C. § 371 – Conspiracy to Deal in Firearms Without a License

| | |
|---|---|
| Maximum prison sentence | 5 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Forfeiture | |

Counts Nine through Forty-Seven: 18 U.S.C. §§ 922(a)(1)(A) and 2 – Dealing in Firearms Without a License

For each count:

| | |
|---|---|
| Maximum prison sentence | 5 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Forfeiture | |

Count Sixty-Three: 18 U.S.C. §§ 924(n) and 2 – Traveling Interstate to Promote Illegal Firearms Trafficking

| | |
|---|---|
| Maximum prison sentence | 10 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Forfeiture | |

[redacted]

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [ ] COMPLAINT [ ] INFORMATION [x] INDICTMENT [x] SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 371--Conspiracy to Deal Firearms without a License (Count Eight); 18 U.S.C. § 922(a)(1)(A)--Dealing in Firearms without a License (Counts Nine through Twenty-Six)

[ ] Petty
[ ] Minor
[ ] Misde-meanor
[x] Felony

PENALTY: For each count:
Maximum term of imprisonment of 5 years,
Maximum supervised release term of 3 years,
Maximum fine of $250,000,
Mandatory special assessment of $100, and Forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

JENNA LEANNE ALLEC

DISTRICT COURT NUMBER
CR 16-516 HSG

FILED
APR 20 2017
SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

ATF SA BROOKS

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. ATTORNEY [ ] DEFENSE
SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: BRIAN J. STRETCH
[x] U.S. Attorney [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Brigid S. Martin

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) [x] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) [ ] Is a Fugitive

3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) [ ] On this charge

5) [ ] On another conviction } [ ] Federal [ ] State

6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? [ ] Yes [ ] No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

[ ] This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
[ ] SUMMONS [ ] NO PROCESS* [x] WARRANT

Bail Amount: NO BAIL

If Summons, complete following:
[ ] Arraignment [ ] Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [ ] COMPLAINT [ ] INFORMATION [X] INDICTMENT [X] SUPERSEDING

## OFFENSE CHARGED

18 U.S.C. § 371--Conspiracy to Deal Firearms without a License (Count Eight); 18 U.S.C. § 922(a)(1)(A)--Dealing in Firearms without a License (Counts Twenty-Seven through Forty-Seven)

[ ] Petty
[ ] Minor
[ ] Misde-meanor
[X] Felony

PENALTY: For each count:
Maximum term of imprisonment of 5 years,
Maximum supervised release term of 3 years,
Maximum fine of $250,000,
Mandatory special assessment of $100, and Forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## DEFENDANT - U.S

KENNETH LEE KEMP

DISTRICT COURT NUMBER
CR 16-516 HSG

FILED
APR 20 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

ATF SA BROOKS

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. ATTORNEY [ ] DEFENSE
SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: BRIAN J. STRETCH
[X] U.S. Attorney [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Brigid S. Martin

## DEFENDANT

### IS *NOT* IN CUSTODY

1) [X] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) [ ] Is a Fugitive

3) [ ] Is on Bail or Release from (show District)

### IS IN CUSTODY

4) [ ] On this charge

5) [ ] On another conviction } [ ] Federal [ ] State

6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? [ ] Yes [ ] No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

[ ] SUMMONS [ ] NO PROCESS* [X] WARRANT

Bail Amount: NO BAIL

If Summons, complete following:
[ ] Arraignment [ ] Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

AO 257 (Rev. 6/78)

[redacted]

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☒ SUPERSEDING

## OFFENSE CHARGED

See Attached.

☐ Petty

☐ Minor

☐ Misdemeanor

☒ Felony

PENALTY: See Attached.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

## DEFENDANT - U.S

JONATHAN SALEVAO, a/k/a "J-BOI"

FILED a

APR 20 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR 16-516 HSG

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

ATF SA BROOKS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under } MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: BRIAN J. STRETCH

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Brigid S. Martin

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount: NO BAIL

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

SECOND SUPERSEDING INDICTMENT

PENALTY SHEET ATTACHMENT – SALEVAO

Count Eight: 18 U.S.C. § 371 – Conspiracy to Deal in Firearms Without a License

| | |
|---|---|
| Maximum prison sentence | 5 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Forfeiture | |

Counts Forty-Eight through Sixty-Two: 18 U.S.C. §§ 922(a)(1)(A) and 2 – Dealing in Firearms Without a License

For each count:

| | |
|---|---|
| Maximum prison sentence | 5 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Forfeiture | |

Count Sixty-Four: 18 U.S.C. §§ 924(n) and 2 – Traveling Interstate to Promote Illegal Firearms Trafficking

| | |
|---|---|
| Maximum prison sentence | 10 years |
| Maximum fine | $250,000 |
| Maximum term of supervised release | 3 years |
| Mandatory special assessment | $100 |
| Forfeiture | |

[redacted]

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [ ] COMPLAINT [ ] INFORMATION [X] INDICTMENT [X] SUPERSEDING

## OFFENSE CHARGED

18 U.S.C. § 371--Conspiracy to Deal Firearms without a License (Count Eight); 18 U.S.C. § 922(a)(1)(A)--Dealing in Firearms without a License (Counts Forty-Eight through Fifty-Three)

[ ] Petty
[ ] Minor
[ ] Misde-meanor
[X] Felony

PENALTY: For each count:
Maximum term of imprisonment of 5 years,
Maximum supervised release term of 3 years,
Maximum fine of $250,000,
Mandatory special assessment of $100, and Forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## DEFENDANT - U.S

KALEKA MILE KAM

DISTRICT COURT NUMBER
CR 16-516 HSG

FILED
APR 20 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

ATF SA BROOKS

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. ATTORNEY [ ] DEFENSE
SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: BRIAN J. STRETCH
[X] U.S. Attorney [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Brigid S. Martin

## DEFENDANT

### IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) [X] If not detained give date any prior summons was served on above charges
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

### IS IN CUSTODY

4) [ ] On this charge
5) [ ] On another conviction } [ ] Federal [ ] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? [ ] Yes [ ] No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
[ ] SUMMONS [ ] NO PROCESS* [X] WARRANT

Bail Amount: NO BAIL

If Summons, complete following:
[ ] Arraignment [ ] Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

## OFFENSE CHARGED

18 U.S.C. § 371--Conspiracy to Deal Firearms without a License (Count Eight); 18 U.S.C. § 922(a)(1)(A)--Dealing in Firearms without a License (Counts Fifty-Four through Sixty-Two)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: For each count:
Maximum term of imprisonment of 5 years,
Maximum supervised release term of 3 years,
Maximum fine of $250,000,
Mandatory special assessment of $100, and Forfeiture

## DEFENDANT - U.S

DANIEL TAYLOR TAUFI

DISTRICT COURT NUMBER

CR 16-516 HSG

FILED
APR 20 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

ATF SA BROOKS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: BRIAN J. STRETCH

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Brigid S. Martin

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

# United States District Court [redacted]

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

UNITED STATES OF AMERICA,

V.

CR 16-00516 HSG

ANDRE MARTEL WINN, a/k/a "Dre,"
EDGAR DE LA CRUZ,
a/k/a Edgar Della Cruz Martinez,
a/k/a "BG,"
a/k/a "BG&e,"
RICHARD "RICKY" STRAIGHT,
JENNA LEANNE ALLEC,
KENNETH LEE KEMP,
JONATHAN SALEVAO, a/k/a "J-Boi,"
KALEKA MILE KAM, and
DANIEL TAYLOR TAUFI,

FILED

APR 20 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

## SECOND SUPERSEDING INDICTMENT

Title 18, United States Code, Section 1951(a) – Conspiracy to Commit Robbery Affecting Interstate Commerce, and Interference with Commerce by Robbery; Title 18, United States Code, Section 924(c) – Possession of Firearm in Furtherance of a Crime of Violence; Title 18, United States Code, Section 922(g)(1) – Felon in Possession of a Firearm; Title 21, United States Code, Section 841(a)(1) –Possession with Intent to Distribute Controlled Substances (Cocaine, Marijuana); Title 18, United States Code, Section 371 – Conspiracy to Deal in Firearms without a License; Title 18, United States Code, Section 922(a)(1)(A) – Dealing in Firearms without a License; Title 18, United States Code, Section 924(n) – Traveling Interstate to Promote Illegal Firearms Trafficking; Title 18, United States Code, Section 2 – Aiding and Abetting
FIRST FORFEITURE ALLEGATION: Title 18, United States Code, Section 924(d), 981(a)(l)(C), and Title 28, United States Code, Section 2461(c) – Forfeiture of Proceeds
SECOND FORFEITURE ALLEGATION: Title 18, United States Code, Section 924(d)(1) – Firearm-Related Forfeiture

A true bill.

MOHAMMAD TAGHI KHOROUSHI
Foreman

Filed in open court this 20th day of April, 20

Clerk
4/20/17

Bail, $ No bail warrant for Straight, Allec, Kemp, Kam, Salevao, + Taufi

No process for Winn + De La Cruz

[redacted]

BRIAN J. STRETCH (CABN 163973)
United States Attorney

FILED
APR 20 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDRE MARTEL WINN, a/k/a "Dre,"
EDGAR DE LA CRUZ,
a/k/a Edgar Della Cruz Martinez,
a/k/a "BG,"
a/k/a "BG&e,"
RICHARD "RICKY" STRAIGHT,
JENNA LEANNE ALLEC,
KENNETH LEE KEMP,
JONATHAN SALEVAO, a/k/a "J-Boi,"
KALEKA MILE KAM, and
DANIEL TAYLOR TAUFI,

Defendants.

NO. CR 16-00516 HSG

VIOLATIONS: Title 18, United States Code, Section 1951(a) – Conspiracy to Commit Robbery Affecting Interstate Commerce, and Interference with Commerce by Robbery; Title 18, United States Code, Section 924(c) – Possession of Firearm in Furtherance of a Crime of Violence; Title 18, United States Code, Section 922(g)(1) – Felon in Possession of a Firearm; Title 21, United States Code, Section 841(a)(1) – Possession with Intent to Distribute Controlled Substances (Cocaine, Marijuana); Title 18, United States Code, Section 371 – Conspiracy to Deal in Firearms without a License; Title 18, United States Code, Section 922(a)(1)(A) – Dealing in Firearms without a License; Title 18, United States Code, Section 924(n) – Traveling Interstate to Promote Illegal Firearms Trafficking; Title 18, United States Code, Section 2 – Aiding and Abetting
FIRST FORFEITURE ALLEGATION: Title 18, United States Code, Section 924(d), 981(a)(l)(C), and Title 28, United States Code, Section 2461(c) – Forfeiture of Proceeds
SECOND FORFEITURE ALLEGATION: Title 18, United States Code, Section 924(d)(1) – Firearm-Related Forfeiture

OAKLAND VENUE
UNDER SEAL

Document No. 40
District Court
Criminal Case Processing

SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 1951(a) – Conspiracy to Commit Robbery Affecting Interstate Commerce)

1. On or about November 21, 2015, in the Northern District of California and elsewhere, the defendants,

ANDRE MARTEL WINN, a/k/a "Dre," and

EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e,"

knowingly combined, conspired, confederated, and agreed with each other and with others both known and unknown to the Grand Jury, to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby would obstruct, delay, and affect commerce and the movement of articles and commodities in commerce.

All in violation of Title 18, United States Code, Section 1951(a).

COUNT TWO: (18 U.S.C. §§ 1951(a) and 2 – Robbery Affecting Interstate Commerce)

2. On or about November 21, 2015, in the Northern District of California, the defendants,

ANDRE MARTEL WINN, a/k/a "Dre,"and

EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e,"

each aided and abetted by the other, knowingly obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), specifically, the defendants robbed the gas station located at 2951 High Street, Oakland, California.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

COUNT THREE: (18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 – Possession of a Firearm in Furtherance of a Crime of Violence)

3. On or about November 21, 2015, in the Northern District of California, the defendants,

ANDRE MARTEL WINN, a/k/a "Dre," and

EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e,"

each aided and abetted by the other, knowingly used, carried, and brandished a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States,

specifically, the robbery affecting interstate commerce offense charged in Count Two of this Second Superseding Indictment, and possessed and brandished a firearm in furtherance of the offense charged in Count Two of this Second Superseding Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

COUNT FOUR: (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

4. On or about November 9, 2016, in the Northern District of California, the defendant,

ANDRE MARTEL WINN, a/k/a "Dre,"

after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly and intentionally possessed a firearm in and affecting interstate commerce, specifically, a Glock firearm, serial number WRV202, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT FIVE: (21 U.S.C. §§ 841(a)(1) & (b)(1)(C) – Possession with Intent to Distribute Cocaine)

5. On or about October 20, 2016, in the Northern District of California, the defendant,

EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e,"

knowingly and intentionally possessed with intent to distribute, and distributed, a controlled substance, specifically, a mixture and substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT SIX: (21 U.S.C. §§ 841(a)(1) & (b)(1)(D) – Possession with Intent to Distribute Marijuana)

6. On or about October 20, 2016, in the Northern District of California, the defendant,

EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e,"

knowingly, and intentionally possessed with intent to distribute a controlled substance, specifically, marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(D).

COUNT SEVEN: (21 U.S.C. §§ 841(a)(1) & (b)(1)(C) – Possession with Intent to Distribute Cocaine)

7. On or about January 27, 2017, in the Northern District of California, the defendant,

EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e,"

knowingly and intentionally possessed with intent to distribute a controlled substance, specifically, a mixture and substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT EIGHT: (18 U.S.C. § 371 – Conspiracy to Deal in Firearms Without a License)

Introductory Allegations

At all times relevant to this Second Superseding Indictment:

8. Defendants WINN and DE LA CRUZ were residents of Oakland, California.

9. Defendants STRAIGHT, ALLEC, SALEVAO, and KAM were residents of Reno, Nevada.

10. Defendant KEMP was a resident of Reno, Nevada, and Elko, Nevada.

11. Defendant TAUFI was a resident of Sparks, Nevada.

12. Defendants WINN and STRAIGHT were convicted felons and prohibited by law from possessing or receiving firearms.

13. At all times relevant to this Second Superseding Indictment, none of the defendants charged herein were licensed importers, licensed manufacturers, or licensed dealers of firearms under the provision of Chapter 44, Title 18, United States Code.

14. Beginning on a date unknown to the Grand Jury, but no later than in or about March 2015, and continuing thereafter until at least in or about November 2016, in the Northern District of California and elsewhere, the defendants,

ANDRE MARTEL WINN, a/k/a "Dre,"
EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e,"
RICHARD "RICKY" STRAIGHT,
JENNA LEANNE ALLEC,
KENNETH LEE KEMP,
JONATHAN SALEVAO, a/k/a "J-Boi,"
KALEKA MILE KAM, and
DANIEL TAYLOR TAUFI,

not being licensed importers, licensed manufacturers, and licensed dealers of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly and willfully conspired and agreed together and with each other, and with other persons both known and unknown to the Grand Jury, to engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

//

Manner and Means

It was part of the conspiracy that:

15. Defendants ALLEC, KEMP, KAM, and TAUFI acted as straw purchasers and purchased numerous firearms from Federal Firearms Licensees (FFLs) in Nevada. At the time they purchased the firearms, these defendants intended to transfer and sell the firearms to another person.

16. Defendants SALEVAO and STRAIGHT negotiated the sale of firearms, purchased by or to be purchased by the straw purchasers, to defendants WINN and DE LA CRUZ.

17. Defendants WINN and DE LA CRUZ traveled from Oakland, California, to Reno, Nevada, for the express purpose of picking up the firearms they illegally purchased from STRAIGHT, SALEVAO, and others.

18. Defendants WINN and DE LA CRUZ transported the firearms from Reno, Nevada, back to Oakland, California, and illegally sold and transferred the firearms to other individuals in the Northern District of California and elsewhere.

19. Defendants WINN and DE LA CRUZ paid for the firearms via hand-to-hand cash transactions, traded for controlled substances, and wired money via MoneyGram to ALLEC, KEMP, SALEVAO, TAUFI, STRAIGHT, and other persons known and unknown to the Grand Jury.

Overt Acts

20. In furtherance of the conspiracy and to accomplish its objects, the defendants and others committed various overt acts in the Northern District of California and elsewhere, including but not limited to the following:

a. The exact date unknown to the Grand Jury, but on or before March 23, 2015, SALEVAO sold to DE LA CRUZ a Glock Model 22 firearm, serial number UWW351.

b. On or about April 4, 2015, KEMP purchased a Smith & Wesson, Model SD40VE, .40 caliber firearm, serial number FWF4336 from Juggernaut Arms, Sparks, NV. This firearm was recovered by the Oakland Police Department on June 24, 2015.

c. WINN reserved a Greyhound Bus ticket to travel on April 4, 2015, from Oakland to Reno, and return to Oakland on April 5, 2015.

d. On or about April 25, 2015, WINN in Oakland, CA, sent $500 to STRAIGHT in Reno, NV, via MoneyGram (79573560).

e. On or about April 25, 2015, KEMP purchased a Smith & Wesson, Model SD40VE, .40 caliber firearm, serial number FWP6558 from Juggernaut Arms, Sparks, NV.

f. WINN reserved a Greyhound Bus ticket to travel on April 25, 2015, from Oakland to Reno, and return to Oakland on April 26, 2015.

g. On or about July 25, 2015, KEMP purchased a Smith & Wesson, Model SD40VE, .40 caliber firearm, serial number FWS4374 from Juggernaut Arms, Sparks, NV. This firearm was recovered by the Oakland Police Department on August 29, 2016.

h. WINN reserved a Greyhound Bus ticket to travel on July 25, 2015, from Reno to Oakland.

i. On or about September 2, 2015, KEMP purchased the following two firearms from Juggernaut Arms, Sparks, NV: a Smith & Wesson, Model SD40VE, .40 caliber firearm, serial number FWT5670; and a Zastava, Model PAP M92PV, 7.62 mm caliber firearm, serial number M92PV094500.

j. On or about September 3, 2015, WINN possessed on his cell phone a photograph taken on or about September 3, 2015, of a Zastava, Model PAP M92PV firearm.

k. WINN reserved a Greyhound Bus ticket to travel on September 2, 2015, from Sacramento to Reno, and return to Sacramento the same date.

l. On or about September 9, 2015, KEMP purchased the following two firearms from Juggernaut Arms, Sparks, NV: a Smith & Wesson, Model SD40VE, .40 caliber firearm, serial number FWX4067; and a Glock, Model 23, .40 caliber firearm, serial number ZAB708. The Smith & Wesson bearing serial number FWX406 was recovered by the Hayward Police Department on March 16, 2016.

m. On or about September 21, 2015, KEMP purchased the following two firearms from Juggernaut Arms, Sparks, NV: a Glock, Model 27, .40 caliber firearm, serial number YVL274; and a Glock, Model 26, 9mm firearm, serial number ZMG160.

n. On or about September 21, 2015, WINN in Oakland, CA, sent $1,290 to KEMP in Reno, NV, via MoneyGram (84582244).

o. On or about September 25, 2015, WINN possessed on his cell phone a photograph dated September 25, 2015, containing a Glock 27 and a Glock 26.

p. On or about October 31, 2015, KEMP purchased the following two firearms from Juggernaut Arms, Sparks, NV: a Smith & Wesson, Model SD40VE, .40 caliber firearm, serial number FWX3599; and a Glock, Model 30, .45 caliber firearm, serial number YMP021.

q. On or about October 31, 2015, STRAIGHT texted WINN the name "Kenneth Kemp" and told WINN "it was 1020 for both."

r. On or about October 31, 2015, WINN sent $1,050 to KEMP via MoneyGram (78508075). On the same date, WINN also texted STRAIGHT the money order number, "78508075."

s. WINN reserved a Greyhound Bus ticket to travel on November 1, 2015, from Oakland to Reno.

t. On or about November 4, 2015, STRAIGHT and WINN negotiated via text message for WINN to buy a Glock firearm from STRAIGHT for $700, and for WINN to send payment to J.C.

u. On or about November 4, 2015, WINN sent $700 to J.C. in Sparks, NV, via MoneyGram (88186279).

v. On or about November 11, 2015, STRAIGHT and WINN negotiated via text message for WINN to buy a Glock firearm from STRAIGHT for $700.

w. On or about November 11, 2015, WINN sent $700 to J.C. via MoneyGram (85411740).

x. Between on or about November 14 and on or about November 16, 2015, WINN and STRAIGHT negotiated via text message for WINN to buy an XD firearm from STRAIGHT, and for WINN to send payment to J.C.

y. On or about November 16, 2015, ALLEC purchased a XD40 firearm bearing serial number XD360607, from Sparks Black Rifle, Sparks, NV.

z. On or about November 16, 2015, WINN sent $700 to J.C. in Sparks, NV, via MoneyGram (33149914).

aa. On or about November 17, 2015, WINN possessed on his cell phone a photograph dated November 17, 2015, of the XD40 firearm, serial number XD360607, purchased by ALLEC on November 16, 2015.

bb. WINN reserved a Greyhound Bus ticket to travel on November 17, 2015, from Oakland to Reno.

cc. On or about December 8, 2015, WINN and STRAIGHT agreed via text message that WINN would provide cash and 5 grams of cocaine in exchange for a firearm.

dd. On or about December 8, 2015, WINN sent $480 to J.C. in Sparks, NV, via MoneyGram (84242961).

ee. WINN reserved a Greyhound Bus ticket to travel on December 9, 2015, from Oakland to Reno, and return to Oakland on the same date.

ff. On or about December 14, 2015, WINN sent $1,250 to J.C. in Sparks, NV, via MoneyGram (61709217).

gg. On or about December 15, 2015, ALLEC purchased a KEL-TEC PLR-16, 5.56mm, serial number PB130 from Pawn World in Reno, NV.

hh. On or about December 19, 2015, WINN sent $1,280 to J.C. via MoneyGram (39711199).

ii. On or about December 21, 2015, WINN traveled from Oakland, CA, to Reno, NV. WINN reserved a Greyhound Bus ticket to travel on December 21, 2015, from Oakland to Reno, and return to Oakland on the same date.

jj. On or about December 26, 2015, KEMP purchased the following two firearms from Bizarre Guitar, Reno, NV: a Smith & Wesson, Model M&P 40 Shield, .40 caliber firearm, serial number HUR9470; and a Glock, Model 23, .40 caliber firearm, serial number VKA699. The Glock firearm was recovered by the Oakland Police Department on or about June 21, 2016. The pre-packaged spent cartridge casings for the Glock (given to the buyer at the time of sale) were recovered on October 20, 2016, from DE LA CRUZ's residence.

kk. On or about December 30, 2015, ALLEC purchased the following two firearms from Bizarre Guitar, Reno, NV: a Glock, Model 21SF, .45 caliber firearm, serial number WDE457; and a Glock, Model 23, .40 caliber firearm, serial number UKM371.

ll. WINN reserved a Greyhound Bus ticket to travel on December 30, 2015, from Oakland to Reno, and return to Oakland on the same date.

mm. On or about December 30, 2015, WINN met with STRAIGHT in Reno.

nn. On or about January 19, 2016, KEMP bought the following two firearms from Juggernaut Arms, Sparks, NV: a Smith & Wesson, Model SD40VE, .40 caliber firearm, serial number FWZ2059; and a Zastava, Model PAP M92PV, 7.62mm caliber firearm, serial number M92PV057164. On January 20, 2016, these firearms were recovered from WINN's possession at his residence in Oakland.

oo. On or about February 17, 2016, M.Q. in San Leandro, CA, sent $1,000 to SALEVAO in Reno, NV, via MoneyGram (32185108).

pp. On or about February 24, 2016, KAM purchased the following two firearms from Maccabee Arms, Reno, NV: a Smith & Wesson, Model SD40VE, .40 caliber firearm, serial number FXB6334; and a Sig Sauer, Model P320, 9mm firearm, serial number 58A061057.

qq. DE LA CRUZ reserved a Greyhound Bus ticket to travel on February 24, 2016, from Oakland to Reno, and return to Oakland on the same date.

rr. On or about March 4, 2016, G.R. in Oakland, CA, sent $1,600 to SALEVAO via MoneyGram (78832107).

ss. On or about March 4, 2016, TAUFI purchased from Maccabee Arms in Reno, NV, a Glock, Model 19, 9mm firearm, serial number YUG725.

tt. On or about March 4, 2016, TAUFI purchased from Bizarre Guitar in Reno, NV, a Glock, Model 30, .45 caliber firearm, serial number YER132.

uu. On or about March 30, 2016, KAM purchased the following firearms from Bizarre Guitar, Reno, NV: a HS Produkts, Model XD Mod.2, 9mm firearm, serial number GM972789; and a Smith & Wesson, Model SD40VE, .40 caliber firearm, serial number

FXD3886. The Smith & Wesson firearm was recovered by officers of the Oakland Housing Authority on or about April 28, 2016.

vv. DE LA CRUZ reserved a Greyhound Bus ticket to travel on March 30, 2016, from Oakland to Reno, and return to Oakland on the same date.

ww. On or about April 15, 2016, DE LA CRUZ sent $1,400 to ALLEC via MoneyGram (77381313).

xx. On or about April 19, 2016, ALLEC purchased from Maccabee Arms, Reno, NV, a Smith & Wesson, Model SD40VE, .40 caliber firearm, serial number FXB5342.

yy. DE LA CRUZ reserved a Greyhound Bus ticket to travel on April 19, 2016, from Hayward to Oakland to Reno, and return to Oakland on the same date.

zz. On or about May 4, 2016, DE LA CRUZ sent $1,400 to ALLEC via MoneyGram (87867071).

aaa. On or about May 7, 2016, STRAIGHT went with ALLEC to Pawn World where ALLEC purchased a Diamondback DB-15 5.56mm firearm, serial number DB1545460, while STRAIGHT texted WINN and WINN in turn texted DE LA CRUZ (who was on the Greyhound Bus from Oakland to Reno), to arrange a meeting between STRAIGHT and DE LA CRUZ in Reno for the sale of the Diamondback firearm.

bbb. DE LA CRUZ reserved a Greyhound Bus ticket to travel on May 7, 2016, from Oakland to Reno, and return to Oakland on the same date.

ccc. On or about May 7, 2016, DE LA CRUZ traveled from Oakland to Reno on Greyhound Bus to pick up firearms and bring them back to Oakland.

ddd. On or about June 4, 2016, DE LA CRUZ sent $1,670 to SALEVAO via MoneyGram (41697166).

eee. On or about June 5, 2016, TAUFI purchased the following firearms from Juggernaut Arms, Sparks, NV: a Glock, Model 27, .40 caliber firearm, serial number BBMR305; and a Glock, Model 19, 9mm firearm, serial number BBKZ546.

fff. DE LA CRUZ reserved a Greyhound Bus ticket to travel on June 6, 2016, from Oakland to Reno, and return to Oakland on the same date.

ggg. On or about July 3, 2016, WINN sent $600 to KEMP via MoneyGram (66426900).

hhh. On or about July 3, 2016, WINN sent a text message to ALLEC's cell phone with the confirmation number of the MoneyGram transaction (66426900).

iii. On or about July 5, 2016, KEMP and STRAIGHT went together to the MoneyGram transaction counter at Winco Foods, Reno, NV, and received the funds sent by WINN (66426900).

jjj. On or about September 12, 2016, DE LA CRUZ sent $1,025 to SALEVAO via MoneyGram (96010456).

kkk. On or about September 12, 2016, SALEVAO and TAUFI went together to the MoneyGram transaction counter at Walmart, Reno, NV and received the funds sent by DE LA CRUZ.

lll. On or about September 15, 2016, TAUFI purchased the following firearms from Juggernaut Arms, Reno, NV: a Glock, Model 23, .40 caliber firearm, serial number BCMZ672; a Smith & Wesson, Model SD9VE, 9mm firearm, serial number FYE1690; and a Smith & Wesson, Model SD9VE, 9mm firearm, serial number FYE1297. On October 20, 2016, the box for the gun with serial number BCMZ672 was recovered by law enforcement from DE LA CRUZ's residence in Oakland.

mmm. DE LA CRUZ reserved a Greyhound Bus ticket to travel on September 16, 2016, from Oakland to Reno, and return to Oakland on the same date.

nnn. On or about September 16, 2016, DE LA CRUZ traveled from Oakland to Reno and met with SALEVAO and picked up firearms. DE LA CRUZ then traveled back to Oakland on a Greyhound Bus.

ooo. Between on or about September 28, 2016 and on or about October 5, 2016, DE LA CRUZ and SALEVAO negotiated via text message for DE LA CRUZ to buy SD firearms from SALEVAO for $550 each.

<u>COUNTS NINE THROUGH TWENTY-SIX</u>: (18 U.S.C. §§ 922(a)(1)(A) and 2 – Dealing in Firearms Without a License)

21. Paragraphs 8 through 19 are realleged as if fully set forth herein.

22. On or about the dates listed below, in the Northern District of California and elsewhere, the defendants,

ANDRE MARTEL WINN, a/k/a "Dre,"
EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e,"
RICHARD "RICKY" STRAIGHT,
JENNA LEANNE ALLEC,

not being licensed importers, licensed manufacturers, and licensed dealers of firearms, within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, specifically, the firearms listed below, and aided and abetted the same:

| Count | Purchaser of Record | Purchase Date | Firearm Description | Serial Number |
|---|---|---|---|---|
| 9 | ALLEC | 10/6/2015 | SMITH & WESSON (S&W) SD40VE, .40 caliber | FWU2080 |
| 10 | ALLEC | 10/10/2015 | S&W SD40VE, .40 caliber | FWS4567 |
| 11 | ALLEC | 10/20/2015 | S&W SD40VE, .40 caliber | FWX6774 |
| 12 | ALLEC | 10/20/2015 | S&W SD40VE, .40 caliber | FWY7330 |
| 13 | ALLEC | 11/4/2015 | GLOCK Model 17, 9mm | XMP606 |
| 14 | ALLEC | 11/11/2015 | GLOCK Model 19, 9mm | BADL409 |
| 15 | ALLEC | 11/16/2015 | HS PRODUKTS, XD40, .40 caliber | XD360607 |
| 16 | ALLEC | 12/9/2015 | ROCK ISLAND ARMORY, ARMSCOR M1911-A1 GI, .45 caliber | RIA1700296 |
| 17 | ALLEC | 12/15/2015 | KEL-TEC PLR-16, 5.56mm | PB130 |
| 18 | ALLEC | 12/30/2015 | GLOCK Model 23, .40 caliber | UKM371 |
| 19 | ALLEC | 12/30/2015 | GLOCK Model 21SF, .45 caliber | WDE457 |
| 20 | ALLEC | 1/11/2016 | S&W SD40VE, .40 caliber | FXD3698 |
| 21 | ALLEC | 1/12/2016 | S&W SD40VE, .40 caliber | FWZ2053 |
| 22 | ALLEC | 1/12/2016 | ROMARM/CUGIR, Micro Draco, 7.62mm | PMD-02874-15 |
| 23 | ALLEC | 4/9/2016 | GLOCK Model 23, .40 caliber | ZMD712 |
| 24 | ALLEC | 4/19/2016 | S&W SD40VE, .40 caliber | FXB5342 |
| 25 | ALLEC | 5/7/2016 | DIAMONDBACK DB-15 5.56mm | DB1545460 |

| | | | | |
|---|---|---|---|---|
| 26 | ALLEC | 6/17/2016 | S&W SD40VE, .40 caliber | FXU5542 |

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), and 2.

COUNTS TWENTY-SEVEN THROUGH FORTY-SEVEN: (18 U.S.C. §§ 922(a)(1)(A) and 2 – Dealing in Firearms Without a License)

23. Paragraphs 8 through 19 are realleged as if fully set forth herein.

24. On or about the dates listed below, in the Northern District of California and elsewhere, the defendants,

ANDRE MARTEL WINN, a/k/a "Dre,"

EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e,"

RICHARD "RICKY" STRAIGHT,

KENNETH LEE KEMP,

not being licensed importers, licensed manufacturers, and licensed dealers of firearms, within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, specifically, the firearms listed below, and aided and abetted the same:

| Count | Purchaser of Record | Purchase Date | Firearm Description | Serial Number |
|---|---|---|---|---|
| 27 | KEMP | 4/4/2015 | S&W SD40VE, .40 caliber | FWF4336 |
| 28 | KEMP | 4/25/2015 | S&W SD40VE, .40 caliber | FWP6558 |
| 29 | KEMP | 5/9/2015 | S&W SD40VE, .40 caliber | FWN1608 |
| 30 | KEMP | 5/23/2015 | SCCY INDUSTRIES, CPX-2, 9mm | 219461 |
| 31 | KEMP | 7/25/2015 | S&W SD40VE, .40 caliber | FWS4374 |
| 32 | KEMP | 8/8/2015 | S&W SD9VE, 9mm | FWU4167 |
| 33 | KEMP | 8/24/2015 | S&W SD40VE, .40 caliber | FWS3845 |
| 34 | KEMP | 9/2/2015 | S&W SD40VE, .40 caliber | FWT5670 |
| 35 | KEMP | 9/2/2015 | ZASTAVA ARMS / CAI, PAP M92PV, 7.62mm | M92PV049500 |
| 36 | KEMP | 9/9/2015 | GLOCK Model 23, .40 caliber | ZAB708 |
| 37 | KEMP | 9/9/2015 | S&W SD40VE, .40 caliber | FWX4067 |

| | | | | |
|---|---|---|---|---|
| 38 | KEMP | 9/21/2015 | GLOCK Model 27, .40 caliber | YVL274 |
| 39 | KEMP | 9/21/2015 | GLOCK Model 26, 9mm | ZMG160 |
| 40 | KEMP | 10/31/2015 | S&W SD40VE, .40 caliber | FWX3599 |
| 41 | KEMP | 10/31/2015 | GLOCK Model 30, .45 caliber | YMP021 |
| 42 | KEMP | 12/21/2015 | GLOCK Model 23, .40 caliber | AALW390 |
| 43 | KEMP | 12/21/2015 | HS PRODUKTS, Croatia, XD9, 9mm | XD968363 |
| 44 | KEMP | 12/26/2015 | GLOCK Model 23, .40 caliber | VKA699 |
| 45 | KEMP | 12/26/2015 | S&W M&P 40 Shield, .40 caliber | HUR9470 |
| 46 | KEMP | 1/19/2016 | S&W SD40VE, .40 caliber | FWZ2059 |
| 47 | KEMP | 1/19/2016 | ZASTAVA ARMS / CAI, PAP M92PV, 7.62mm | M92PV057164 |

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), and 2.

COUNTS FORTY-EIGHT THROUGH FIFTY-THREE: (18 U.S.C. §§ 922(a)(1)(A) and 2 – Dealing in Firearms Without a License)

25. Paragraphs 8 through 19 are realleged as if fully set forth herein.

26. On or about the dates listed below, in the Northern District of California and elsewhere, the defendants,

ANDRE MARTEL WINN, a/k/a "Dre,"

EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e,"

JONATHAN SALEVAO, a/k/a "J-Boi," and

KALEKA MILE KAM,

not being licensed importers, licensed manufacturers, and licensed dealers of firearms, within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, specifically, the firearms listed below, and aided and abetted the same:

| Count | Purchaser of Record | Purchase Date | Firearm Description | Serial Number |
|---|---|---|---|---|
| 48 | KAM | 12/31/2015 | S&W M&P 9 Shield, 9mm | HKV2711 |
| 49 | KAM | 2/18/2016 | GLOCK Model 27, .40 caliber | YWS811 |
| 50 | KAM | 2/24/2016 | SIG SAUER, Model P320, 9mm | 58A061057 |

| | | | | |
|---|---|---|---|---|
| 51 | KAM | 2/24/2016 | S&W SD40VE, .40 caliber | FXB6334 |
| 52 | KAM | 3/30/2016 | S&W SD40VE, .40 caliber | FXD3886 |
| 53 | KAM | 3/30/2016 | HS PRODUKTS, Croatia, XD Mod 2, 9mm | GM972789 |

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), and 2.

COUNTS FIFTY-FOUR THROUGH SIXTY-TWO: (18 U.S.C. §§ 922(a)(1)(A) and 2 – Dealing in Firearms Without a License)

27. Paragraphs 8 through 19 are realleged as if fully set forth herein.

28. On or about the dates listed below, in the Northern District of California and elsewhere, the defendants,

ANDRE MARTEL WINN, a/k/a "Dre,"

EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e,"

JONATHAN SALEVAO, a/k/a "J-Boi," and

DANIEL TAYLOR TAUFI,

not being licensed importers, licensed manufacturers, and licensed dealers of firearms, within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, specifically, the firearms listed below, and aided and abetted the same:

| Count | Purchaser of Record | Purchase Date | Firearm Description | Serial Number |
|---|---|---|---|---|
| 54 | TAUFI | 3/4/2016 | GLOCK Model 19, 9mm | YUG725 |
| 55 | TAUFI | 3/4/2016 | GLOCK Model 30, .45 caliber | YER132 |
| 56 | TAUFI | 5/26/2016 | ZASTAVA ARMS / CAI, PAP M92PV, 7.62mm | M92PV057074 |
| 57 | TAUFI | 5/26/2016 | ZASTAVA ARMS / CAI, Micro Draco, 7.62mm | PMD-03086-15 |
| 58 | TAUFI | 6/4/2016 | GLOCK Model 27, .40 caliber | BBMR305 |
| 59 | TAUFI | 6/5/2016 | GLOCK Model 19, 9mm | BBKZ546 |
| 60 | TAUFI | 9/15/2016 | GLOCK Model 23, .40 caliber | BCMZ672 |
| 61 | TAUFI | 9/15/2016 | S&W SD9VE, 9mm | FYE1297 |
| 62 | TAUFI | 9/15/2016 | S&W SD9VE, 9mm | FYE1690 |

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), and 2.

COUNT SIXTY-THREE: (18 U.S.C. §§ 924(n) and 2 – Traveling Interstate to Promote Illegal Firearms Trafficking)

29. Paragraphs 8 through 19, and Overt Acts zz through ccc are realleged as if fully set forth herein.

30. On or about May 7, 2016, in the Northern District of California and elsewhere, the defendants,

ANDRE MARTEL WINN, a/k/a "Dre,"

EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e," and

RICHARD "RICKY" STRAIGHT,

each aided and abetted by the other, with the intent to engage in conduct that constitutes a violation of Title 18, United States Code, Section 922(a)(1)(A), that is, engaging in the business of dealing in firearms without a license, caused DE LA CRUZ to travel from California to Nevada, and DE LA CRUZ acquired a firearm, specifically, a Diamondback DB-15 5.56mm firearm, serial number DB1545460, in furtherance of the purpose of engaging in the business of dealing in firearms without a license.

All in violation of Title 18, United States Code, Sections 924(n), 924(a)(1)(D), and 2.

COUNT SIXTY-FOUR: (18 U.S.C. §§ 924(n) and 2 – Traveling Interstate to Promote Illegal Firearms Trafficking)

31. Paragraphs 8 through 19, and Overt Acts jjj through nnn are realleged as if fully set forth herein.

32. On or about September 16, 2016, in the Northern District of California and elsewhere, the defendants,

ANDRE MARTEL WINN, a/k/a "Dre,"

EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e," and

JONATHAN SALEVAO, a/k/a "J-Boi,"

each aided and abetted by the other, with the intent to engage in conduct that constitutes a violation of Title 18, United States Code, Section 922(a)(1)(A), that is, engaged in the business of dealing in firearms without a license, caused DE LA CRUZ to travel from California to Nevada, and DE LA CRUZ acquired firearms, specifically, a Glock, Model 23, .40 caliber firearm, serial number BCMZ672; a Smith & Wesson, Model SD9VE, 9mm firearm, serial number FYE1690; and a Smith & Wesson,

Model SD9VE, 9mm firearm, serial number FYE1297, in furtherance of the purpose of engaging in the business of dealing in firearms without a license.

All in violation of Title 18, United States Code, Sections 924(n), 924(a)(1)(D), and 2.

<u>FIRST FORFEITURE ALLEGATION</u>: (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §2461(c))

33. The allegations in Counts One and Two of this Second Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

34. Upon a conviction of either of the offenses alleged in Counts One and Two above, the defendants,

ANDRE MARTEL WINN, a/k/a "Dre," and

EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e,"

shall, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, forfeit to the United States all property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 1951(a) as alleged in Counts One and Two of this Second Superseding Indictment.

35. If any of the forfeitable property, as a result of any act or omission of defendant,

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or sold to, or deposited with, a third party;

(C) has been placed beyond the jurisdiction of the Court;

(D) has been substantially diminished in value; or

(E) has been commingled with other property which cannot be divided without difficulty;

any and all interests that defendants have in any other property (not to exceed the value of the above described property) shall be forfeited to the United States.

All in violation of Title 18, United States Code, Section 981(a)(1)(C); and Title 28, United States Code, Section 2461(c).

//

SECOND FORFEITURE ALLEGATION: (18 U.S.C. § 924(d)(1) – Firearm-Related Forfeiture)

36. The allegations contained in this Second Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1).

37. Upon a conviction of the offenses alleged in Counts Four, and Eight through Sixty-Four above, the defendants,

ANDRE MARTEL WINN, a/k/a "Dre,"
EDGAR DE LA CRUZ, a/k/a Edgar Della Cruz Martinez, a/k/a "BG," a/k/a "BG&e,"
RICHARD "RICKY" STRAIGHT,
JENNA LEANNE ALLEC,
KENNETH LEE KEMP,
JONATHAN SALEVAO, a/k/a "J-Boi,"
KALEKA MILE KAM, and
DANIEL TAYLOR TAUFI

shall forfeit to the United States any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to the following property:

a. One (1) SMITH & WESSON (S&W) SD40VE firearm, .40 caliber, s/n FWU2080;
b. One (1) S&W SD40VE firearm, .40 caliber, s/n FWS4567;
c. One (1) S&W SD40VE firearm, .40 caliber, s/n FWX6774;
d. One (1) S&W SD40VE firearm, .40 caliber, s/n FWY7330;
e. One (1) GLOCK Model 17 firearm, 9mm, s/n XMP606;
f. One (1) GLOCK Model 19 firearm, 9mm, s/n BADL409;
g. One (1) HS PRODUKTS firearm, XD40, .40 caliber, s/n XD360607;
h. One (1) ROCK ISLAND ARMORY firearm, .45 caliber, s/n RIA1700296;
i. One (1) KEL-TEC PLR-16, 5.56mm firearm, s/n PB130;
j. One (1) GLOCK Model 23 firearm, .40 caliber, s/n UKM371;
k. One (1) GLOCK Model 21SF firearm, .45 caliber, s/n WDE457;
l. One (1) S&W SD40VE firearm, .40 caliber, s/n FXD3698;

m. One (1) S&W SD40VE firearm, .40 caliber, s/n FWZ2053;

n. One (1) ROMARM/CUGIR firearm, Micro Draco, 7.62mm, s/n PMD-02874-15;

o. One (1) GLOCK Model 23 firearm, .40 caliber, s/n ZMD712;

p. One (1) S&W SD40VE firearm, .40 caliber, s/n FXB5342;

q. One (1) DIAMONDBACK DB-15 5.56mm firearm, s/n DB1545460;

r. One (1) S&W SD40VE firearm, .40 caliber, s/n FXU5542;

s. One (1) S&W SD40VE firearm, .40 caliber, s/n FWF4336;

t. One (1) S&W SD40VE firearm, .40 caliber, s/n FWP6558;

u. One (1) S&W SD40VE firearm, .40 caliber, s/n FWN1608;

v. One (1) SCCY INDUSTRIES firearm, CPX-2, 9mm, s/n 219461;

w. One (1) S&W SD40VE firearm, .40 caliber, s/n FWS4374;

x. One (1) S&W SD9VE firearm, 9mm, s/n FWU4167;

y. One (1) S&W SD40VE firearm, .40 caliber, s/n FWS3845;

z. One (1) S&W SD40VE firearm, .40 caliber, s/n FWT5670;

aa. One (1) ZASTAVA ARMS / CAI, PAP M92PV, 7.62mm firearm, s/n M92PV049500;

bb. One (1) GLOCK Model 23 firearm, .40 caliber, s/n ZAB708;

cc. One (1) S&W SD40VE firearm, .40 caliber, s/n FWX4067;

dd. One (1) GLOCK Model 27 firearm, .40 caliber, s/n YVL274;

ee. One (1) GLOCK Model 26 firearm, 9mm, s/n ZMG160;

ff. One (1) S&W SD40VE firearm, .40 caliber, s/n FWX3599;

gg. One (1) GLOCK Model 30 firearm, .45 caliber, s/n YMP021;

hh. One (1) GLOCK Model 23 firearm, .40 caliber, s/n AALW390;

ii. One (1) HS PRODUKTS firearm, Croatia, XD9, 9mm, s/n XD968363;

jj. One (1) GLOCK Model 23 firearm, .40 caliber, s/n VKA699;

kk. One (1) S&W M&P 40 Shield firearm, .40 caliber, s/n HUR9470;

ll. One (1) S&W SD40VE firearm, .40 caliber, s/n FWZ2059;

mm. One (1) ZASTAVA ARMS / CAI, PAP M92PV, 7.62mm firearm, s/n M92PV057164;

nn. One (1) GLOCK Model 22 firearm, .40 caliber, s/n UWW351;

oo. One (1) GLOCK Model 17 firearm, 9mm, s/n WGN121;

pp. One (1) S&W M&P 9 Shield firearm, 9mm, s/n HKV2711;

qq. One (1) GLOCK Model 27 firearm, .40 caliber, s/n YWS811;

rr. One (1) SIG SAUER firearm, P320, 9mm, s/n 58A061057;

ss. One (1) S&W SD40VE firearm, .40 caliber, s/n FXB6334;

tt. One (1) S&W SD40VE firearm, .40 caliber, s/n FXD3886;

uu. One (1) HS PRODUKTS firearm, Croatia, XD Mod 2, 9mm, s/n GM972789;

vv. One (1) GLOCK Model 19 firearm, 9mm, s/n YUG725;

ww. One (1) GLOCK Model 30 firearm, .45 caliber, s/n YER132;

xx. One (1) ZASTAVA ARMS / CAI, PAP M92PV, 7.62mm firearm, s/n M92PV057074;

yy. One (1) ZASTAVA ARMS / CAI, Micro Draco, 7.62mm firearm, s/n PMD-03086-15;

zz. One (1) GLOCK Model 27 firearm, .40 caliber, s/n BBMR305;

aaa. One (1) GLOCK Model 19 firearm, 9mm, s/n BBKZ546;

bbb. One (1) GLOCK Model 23 firearm, .40 caliber, s/n BCMZ672;

ccc. One (1) S&W SD9VE firearm, 9mm, s/n FYE1297;

ddd. One (1) S&W SD9VE firearm, 9mm, s/n FYE1690;

eee. One (1) Glock firearm, s/n WRV202;

fff. One (1) Glock firearm, s/n ABSM136;

ggg. One (1) Glock firearm, s/n BAED369;

hhh. One (1) Glock firearm, s/n AAND130;

iii. Any and all ammunition found therein;

jjj. Any and all ammunition recovered from WINN's residence on January 20, 2016, and November 9, 2016; and

//

kkk. Any and all ammunition recovered from DE LA CRUZ's residence on October 20, 2016.

All pursuant to Title 18, United States Code, Section 924(d)(1).

DATED: April 20th, 2017

A TRUE BILL

M. R. [signature]

FOREPERSON

BRIAN J. STRETCH
United States Attorney

[signature]

ELISE BECKER
Deputy Chief, Criminal Division

(Approved as to form: [signature])

BRIGID S. MARTIN
Assistant United States Attorney